## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MOHAMED ELHASSAN MOHAMED** **a/n/f for Ahmed Mohamed, a minor**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:16-CV-2283-L** |
| **IRVING INDEPENDENT SCHOOL DISTRICT; DANIEL CUMMINGS,** in his individual capacity; **CITY OF IRVING; CHARLES TAYLOR; JEFF MITCHELL; ROBIN HOWMAN; and OFFICER MILLER,** | § § § § § § § § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Defendant Howman's Motion to Dismiss Plaintiffs'**

**Second Amended Complaint** (Doc. 52), filed September 12, 2017, is hereby **referred** to United

States Magistrate Judge **Paul D. Stickney** for hearing, if necessary, and for the United States

Magistrate Judge to submit to the court proposed findings and recommendations for disposition of

the motion.  This order of reference also prospectively refers all procedural motions that are related

to the referred motion to the United States Magistrate Judge for resolution.  All future filings

regarding the referred motion shall be addressed "To the Honorable United States Magistrate

Judge"—not to the district judge or court—so that filings will reach him without delay.

Local Civil Rules 72.1 and 72.2 provide that, unless otherwise directed by the presiding

district judge, a party who files objections under Federal Rules of Civil Procedure 72(a) and (b)(2)

to magistrate judge orders regarding pretrial nondispositive matters, or findings and

recommendations on dispositive motions, may file a reply brief within 14 days from the date the

**Order of Reference – Page 1**

response to the objections or response brief is filed.  The court does not allow parties to file a reply brief with respect to magistrate judge orders or findings and recommendations, unless leave is granted to file the reply brief.  The court will strike or disregard any reply brief filed in violation of this order.

It is so ordered this 13th day of September, 2017.


Sam A. Lindsay
United States District Judge